IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:03cr173

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| TOMMIE RAYMOND THOMAS ) | |

THIS MATTER IS BEFORE THE COURT upon the Pro Se Motion to Amend Judgment [doc. #16] filed by Defendant Tommie Raymond Thomas on May 2, 2011. The Defendant is requesting that on his release from prison, he be allowed to reside in Lubbock, Texas. The Defendant has stated that he has a support system set up in Lubbock which will assist him with living arrangements and employment.

IT IS HEREBY ORDERED that the Clerk's office prepare an amended J&C to provide, as one of the conditions of Supervision, his relocation to Lubbock, Texas and the ability to utilize a halfway house as close to Lubbock, Texas as possible. All other terms and conditions previously imposed remain in effect.

IT IS SO ORDERED.

Signed: May 26, 2011

Graham C. Mullen
United States District Judge